# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF TEXAS
# MCALLEN DIVISION

| | | |
|---|---|---|
| GUILLERMINA PENA | § | |
| | § | |
| VS. | § | CIVIL ACTION NO.: 7:16-cv-489 |
| | § | |
| STATE FARM LLOYDS AND | § | |
| RAFAEL NAVARRO | § | |

## STIPULATION OF DISMISSAL PURSUANT TO RULE 41(a)(1)(ii) OF THE FEDERAL RULES OF CIVIL PROCEDURE

TO THE HONORABLE UNITED STATES DISTRICT COURT:

Plaintiff **Guillermina Pena** and Defendants **State Farm Lloyds** and **Rafael Navarro** ("the Parties") announce to the Court that due to the contractual appraisal provision being involved, there is no further need for case discovery or court involvement in the case. Accordingly, the Parties **stipulate to suit dismissal with prejudice**. The Parties respectfully pray that the Court direct the Clerk to close the case file.

### STIPULATED TO AND APPROVED BY:

/s/ *Michael Lawrence*  
Larry W. Lawrence, Jr.  
Michael Lawrence  
State Bar No. 24055826  
**LAWRENCE LAW FIRM**  
3112 Windsor Road, Suite A234  
Austin, Texas 78703  
Lawrencefirm@gmail.com  

*Attorney-in-Charge for Plaintiff*

/s/ *Scott T. Clark*  
Scott T. Clark  
State Bar No. 00795896  
**ADAMS & GRAHAM, L.L.P.**  
P.O. Drawer 1429  
Harlingen, Texas 78551-1429  
sclark@adamsgraham.com  

*Attorney-in-Charge for Defendants*